**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANGEL AYALA OTERO, | CIVIL ACTION NO. 3:15-CV-01324 |
| Petitioner, | |
| v. | (JUDGE CAPUTO) |
| BRENDA TRITT, | (MAGISTRATE JUDGE SCHWAB) |
| Respondent. | |

## ORDER

**NOW**, this 13th day of March, 2018, upon consideration of Petitioner Angel Ayala Otero's Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. §2254(d) (*Doc.* 1), the Report and Recommendation ("R&R") of Magistrate Judge Schwab (*Doc.* 32), and Petitioner's objections to the R&R (*Doc.* 38) **IT IS HEREBY ORDERED** that:

(1) The R&R of Magistrate Judge Schwab is **APPROVED** and **ADOPTED**.

    (a) Petitioner Angel Ayala Otero's Petition for a Writ of Habeas Corpus is **DENIED**.

(2) Since Petitioner Angel Ayala Otero has failed to make "a substantial showing of the denial of a constitutional right," a certificate of appealability **SHALL NOT** issue.

(3) The Clerk of Court is directed to **CLOSE** this case.

                                                         /s/ A. Richard Caputo
                                                         A. Richard Caputo
                                                         United States District Judge